IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COHEN, SEGLIAS, GREENHALL, PALLAS, & FURMAN, P.C. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 10-6183 |
| | : | |
| v. | : | |
| | : | |
| HESSERT CONSTRUCTION – PA, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, on this __4th__ day of February, 2011, upon careful consideration of Defendants' Motion to Dismiss (ECF No. 3), and Plaintiff's response thereto (ECF No. 6), and for the reasons in the accompanying Memorandum on Motion to Dismiss, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Todd\10-6183 Cohen Seglias v. Hessert et al\Cohen Seglias - MTD Order.wpd