IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COHEN, SEGLIAS, GREENHALL, PALLAS, & FURMAN, P.C. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 10-6183 |
| | : | |
| v. | : | |
| | : | |
| HESSERT CONSTRUCTION – PA, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this 21st day of June, 2012, for the reasons set forth in the foregoing Memorandum, it is ORDERED that the following Motions for Summary Judgment are **DENIED**:

1. Plaintiff's Motion (ECF No. 73).

2. Defendants' Motion (ECF No. 67).

BY THE COURT:

/s/ Michael M. Baylson

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 10\10-6183 Cohen Seglias v. Hessert\ORDER.crossmotion.6.21.12.wpd